SCPW-16-0000321

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

THOMAS A. KLINE, Petitioner,

vs.

THE HONORABLE EDMUND D. ACOBA, Judge of the Family Court of the
Fifth Circuit, State of Hawaiʻi, Respondent Judge,

and

NIELY CARROLL, Respondent.

ORIGINAL PROCEEDING
(FC-DA NO. 15-1-0150)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Thomas A. Kline's
petition for writ of mandamus, filed on April 7, 2016, the
documents attached thereto and submitted in support thereof, and
the record, it appears that petitioner fails to demonstrate that
he is entitled to the requested writ of mandamus. See Kema v.
Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a
writ of mandamus is an extraordinary remedy that will not issue
unless the petitioner demonstrates a clear and indisputable right
to relief and a lack of alternative means to redress adequately
the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 30, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

